UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HATTIE MAE TANNER,

        Petitioner,

v.                                                CASE NO. 04-CV-71155-DT
                                                 HONORABLE VICTORIA A. ROBERTS

JOAN YUKINS,

        Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration of this Court's order denying her motion for relief from judgment or order. However, a motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met her burden of showing a palpable defect by which the Court has been misled or her burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). The Court cannot extend the time for filing an appeal as Petitioner did not move for such an extension and may no longer do so. *See* Fed. R. App. P. 4(a)(5), (6). The Court will not reissue its judgment of November 7, 2005. Petitioner's motion for reconsideration is **DENIED**.

      **SO ORDERED**.

                                                      S/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: October 12, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on October 12, 2007.

s/Carol A. Pinegar
Deputy Clerk